# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 40th Judicial District Court, Ellis County, TX | 91491 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | New Hope Hospitality, LLC, Plaintiff | Joyce Lindauer |
   | EH National Bank, Defendant | Mark Stromberg |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     ☒ Yes     ☐ No

   If "*Yes*," by which party and on what date?

   New Hope Hospitality, LLC, Plaintiff          May 5, 2015
   Party                                         Date

**Supplemental Civil Cover Sheet**
Page 2

4. **Answer:**

   Was an Answer made in State Court?    ☐ Yes    ☒ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                                                              Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Breach of contract; money had and received declaratory judgment; pre-judgment interest; post-judgment interest; attorneys' fees |
   | Defendant | None yet; claims may be asserted when answer is filed. |