UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEW HOPE HOSPITALITY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-2296-B |
| | § | |
| EH NATIONAL BANK, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

CAME ON FOR CONSIDERATION the parties' competing Motions for Summary Judgment, and the Court having considered the same, GRANTED the Plaintiff's Motion for Summary Judgment (doc. 15) and DENIED the Defendant's Motion for Summary Judgment (doc. 33) on its counterclaim for declaratory relief in the Court's Memorandum Opinion and Order (doc. 53); it is accordingly,

ORDERED, ADJUDGED AND DECREED that judgment is awarded in favor of New Hope Hospitality, LLC, the Plaintiff, against EH National Bank, the Defendant, who is indebted to Plaintiff in the amount of $407,868.56, plus pre-judgment interest on such amount from January 27, 2015 (the date of closing of the sale) through the date of this Final Judgment in the amount of $39,501.79 (computed at a rate of 5%), and post-judgment interest from the date of this Final Judgment at the statutory rate[1]; and it is further

---

[1] The federal post-judgment interest rate is governed by 28 U.S.C. § 1961(a), which sets the rate at the weekly average 1-year constant maturity Treasury yield for the calendar week preceding the date of judgment.

ORDERED, ADJUDGED AND DECREED that this Judgment finally disposes of all matters in this case.

SO ORDERED.

SIGNED: January 3, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE