IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEW HOPE HOSPITALITY, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §     CASE NO. 3:15-CV-02296-B |
| | § |
| EH NATIONAL BANK, | § |
| | § |
| Defendant. | § |

## DEFENDANT'S NOTICE OF APPEAL

**COMES NOW** the Defendant, **EH NATIONAL BANK** (hereafter, the "Appellant"), who files this its Notice of Appeal, appealing from the Court's "Memorandum Opinion and Order" dated September 29, 2016 [Document No. 53], and the Court's "Final Judgment" [Document No. 55, dated January 3, 2017] based on the Memorandum Opinion and Order, from which Appellant appeals to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

**STROMBERG STOCK, PLLC**

By: /s/ Mark Stromberg
     MARK STROMBERG
     State Bar No. 19408830

     8750 North Central Expressway, Suite 625
     Dallas, Texas  75231
     Telephone: (972) 458-5353
     Facsimile:  (972) 861-5339
     E-mail: mark@strombergstock.com

**ATTORNEYS FOR DEFENDANT, EH NATIONAL BANK**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing has been mailed, by certified mail, return receipt requested, and via e-mail, to Joyce W. Lindauer, 12720 Hillcrest, Suite 625, Dallas, Texas 75230, on this the 1st day of February, 2017.

/s/ Mark Stromberg
_____
MARK STROMBERG