IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10133
_____

NEW HOPE HOSPITALITY, L.L.C.,

    Plaintiff - Appellee

v.

EH NATIONAL BANK,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of March 13, 2017, pursuant to the stipulation of the parties.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        *Mary Stewart*

        By: _____
        Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Mar 13, 2017**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

March 13, 2017

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

    No. 17-10133   New Hope Hospitality, L.L.C. v. EH National Bank  
                          USDC No. 3:15-CV-2296

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Mary C. Stewart, Deputy Clerk  
                                504-310-7694

cc:  
    Ms. Joyce Williams Lindauer  
    Mr. Mark Grazia Stromberg